ALFRED L. DAVIS, Appellant, v. STEPHEN P. CHEESMAN, Respondent. RUBY C. DAVIS, Appellant, v. STEPHEN P. CHEESMAN, Respondent. LENA BOARDMAN, Appellant, v. STEPHEN P. CHEESMAN, Respondent. FERN W. BOARDMAN,

Appellant, v. STEPHEN P. CHEESMAN, Respondent.— Order affirmed, with $10 costs and disbursements. All concur, except Piper, J., who dissents and votes for reversal and for denying the motion on the ground that the moving papers are insufficient to entitle the defendant to the relief sought. (Appeal from an order granting a motion for change of venue, in four automobile negligence actions.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.